PER CURIAM.
Affirmed. See Champion v. Gray, 478 So.2d 17 (Fla.1985); Brown v. Cadillac Motor Car Division, 468 So.2d 903 (Fla.1985); Metropolitian Life Insurance Company v. McCarson, 467 So.2d 277 (Fla.1985); Pipkin v. Hamer, 501 So.2d 1365 (Fla. 4th DCA 1987); Section 768.56 Florida Statutes (1981); Compare Florida Patient’s Compensation Fund v. Tillman, 453 So.2d 1376 (Fla. 4th DCA 1984); Steiner and Munach, P.A. v. Williams, 334 So.2d 39 (Fla. 3d DCA 1976).